IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: Charles Haynie
       Linda Haynie                                                   Case No. 02-42459
                Debtor,                                                 Chapter 7

**NOTICE OF INTENDED SALE OF PERSONAL PROPERTY**
**AND NOTICE OF OBJECTION TIME TO THE SALE**
**AND NOTICE OF WITHDRAWAL OF PREVIOUS**
**NOTICE OF SALE DOCKET NUMBERS 81 AND 84**

      Notice is hereby given by the Trustee pursuant to 11 U.S.C. 363(b) on the intended sale of all right, title and interest of the debtors in and to the following described personal property:

**The debtor's entitlement to a stream of payments from State Farm Insurance Co., Inc that the debtor Charles Haynie owned as of the date of the filing of the bankruptcy and the right to continue to receive such payments from State Farm Insurance, Co. Inc. , during the life of the debtor, Charles Haynie. The approximate amount received from State Farm Insurance Co. Inc, each month is $992.00. This amount has been rec'd by the estate since the beginning of the case.**

      1. The sale of the above property will be by private sale to STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, FOR THE SUM OF $106,700.00 to be paid to the bankruptcy estate,

      2. If there are no objections to the above sale by the 26th day of June 2015, the Trustee will seek approval of the sale to STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and will assign the estate's rights in the property to STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. If there is an objection to the sale, the Court will conduct a hearing on the 8th day of July 2015 at 1:30 PM at the US Bankruptcy Court, 444 SE Quincy, Topeka, KS 66683. No further notice of the hearing will be given.

      3. The estate will no longer have any interest in the stream of payments for any payments that may be due after the date of the order from the Court approving the sale of the property and payment of the purchase price by the STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

      4. The above mentioned personal property has not been claimed as exempt by the debtor or any other person entitled to assert the debtor's exemptions.

      3.The proceeds from the sale will be distributed according to the following priorities in below listed order:

                A.     Costs of sale
                    Trustee fees pursuant to 11 U.S.C. 326 $ statutory
                    Trustee expenses
                    Postage (80 x$.49 a creditor)           39.20
                        (Includes costs of previous notice)
                    Trustee's attorney fees               $500.00 (est)
                    Court Certification Fees             $statutory

       B.  Remaining proceeds from the sale will be distributed to unsecured claims, as determined by the Court at a later date.

    4.  The previous NOTICE OF SALE and MOTION, (docket numbers 81 and 84) filed in this matter are withdrawn.

Dated: June 5, 2015.          s/ Joseph I. Wittman
                                         Joseph I. Wittman, Trustee #10280
                                         112 SW 6th Street - Suite 508
                                         Topeka, Kansas 66603-3810
                                         (785) 234-3663
                                         Fax 785-234-3672
                                         wittmanlawoffice@wittman.kscoxmail.com

## CERTIFICATE OF SERVICE

    I, the undersigned is to certify that on this **5th day of June, 2015,** a copy of the foregoing Motion/Application together with a copy of the Notice, was served through the Notice of Electronic Filing for parties and counsel who are filing users or mailed to each of the following persons by first class postage prepaid U.S. Mail: See matrix as attached to the original of this motion e-filed with the Bankruptcy Court.

                                         s/Joseph I. Wittman
                                         Joseph I. Wittman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-5<br>Case 02-42459<br>District of Kansas<br>Topeka<br>Fri Mar 20 14:11:53 CDT 2015 | Internal Revenue Service<br>444 SE Quincy<br>Federal Building Suite 290<br>Topeka, KS 66683-0002 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| U.S. Trustee<br>1150 Epic Center<br>301 N Main<br>Wichita, KS 67202-4811 | Topeka Divisional Office<br>240 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683-3592 | ASG Group LLC<br>Box 628<br>Buffalo NY 14240-0628 |
| Arnold Gfeller Estate<br>Neil Detrich Executor<br>Box 589<br>Chapman KS 67431-0589 | Attention LLC<br>Box 210000<br>Stockton CA 95269 | Bank of America<br>Box 6008<br>Los Angeles CA 90060 |
| Capital One Bank<br>PO Box 85167<br>Richmond VA 23285-5167 | Capital One FSB<br>Box 34631<br>Seattle WA 98124 | Capital One Payment Processing<br>32275 32nd Avenue South<br>Federal Way WA 98001-9616 |
| Capital One Services<br>PO Box 60000<br>Seattle WA 98190-6000 | Central National Bank<br>802 North Washington<br>Junction City KS 66441-2447 | Central National Bank<br>Attn Loren Barten<br>200 S Douglas Ave<br>Durham KS  67438 |
| Connell Plumbing and Heating<br>237 W Spruce<br>Junction City KS 66441-3799 | Credit Card Services<br>Box 60102<br>City Of Industry CA 91716-0102 | Credit Protection<br>Box 7016<br>San Francisco CA 94120 |
| Federal Home Loan Mortgage Co<br>8200 Jones Branch Dr<br>Mc Lean VA 22102-3107 | Household<br>Box 98715<br>Las Vegas NV 89193-8715 | Kansas Department of Revenue<br>PO Box 12005<br>Topeka KS 66601-3005 |
| Kramer and Frank pc<br>9666 Olive Blvd Ste 450<br>Saint Louis MO 63132-3013 | Midland Credit Management Inc<br>5775 Roscoe Court<br>San Diego CA 92123-1356 | Midland Credit Management Inc<br>Box 939019<br>San Diego CA 92193-9019 |
| NAFS<br>Attn Payment Remittance<br>Box 85147<br>Richmond VA 23276-0001 | NCO Financial Systems Inc<br>Box 2617<br>Guasti CA 91743-2617 | Orchard Bank<br>Bankcard Services<br>Box 60102<br>City Of Industry CA 91716-0102 |
| Primary Financial Services<br>3115 North 3rd Avenue ste 112<br>Phoenix AZ 85013-4387 | Providian<br>Box 60005<br>Los Angeles CA 90060-0005 | Providian Gold Premier<br>Box 60005<br>Los Angeles CA 90060-0005 |

| | | |
|---|---|---|
| Southwest Student Services Co<br>Box 41150<br>Mesa AZ 85274-1150 | State Farm Credit Union<br>2000 I 70 Drive SW<br>Columbia MO 65217-0001 | State of Kansas<br>Department of Revenue<br>Income Tax Division<br>Topeka KS 66612 |
| Sun Tech Inc<br>ATTN Sun Trust Bank<br>PO Box 6004<br>Ridgeland MS 39158-6004 | Teri L Anderson<br>Clinton Woerth<br>1101 Walnut Ste 1202<br>Kansas City MO 64106-4206 | Texaco<br>PO Box 790001<br>Houston TX 77279-0001 |
| Viking Collection Services Inc<br>Box 59207<br>Ref 4791241599244881 JE01W6<br>Minneapolis MN 55459-0207 | Brenda J. Bell<br>103 S 4th Street<br>Suite 215<br>Manhattan, KS 66502-6165 | Charles D Haynie<br>1236 N Westlink Ave<br>Wichita, KS 67212-4237 |
| Joseph I Wittman<br>112 SW 6th, Suite 508<br>Topeka, KS 66603-3844 | Linda J Haynie<br>1236 N Westlink Ave<br>Wichita, KS 67212-4237 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
271 W 3rd St N Ste 3000
Stop 5333 WIC
Wichita, KS 67202

(d)Internal Revenue Service
271 W 3rd Street N Suite 3000
STOP 5333 WIC
Wichita KS 67202-1212

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Central National Bank

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41