IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: Charles Haynie
      Linda Haynie                                                                                 Case No. 02-42459
                    Debtor,                                                                          Chapter 7

**NOTICE OF INTENDED SALE OF PERSONAL PROPERTY
AND NOTICE OF OBJECTION TIME TO THE SALE
AND NOTICE OF WITHDRAWAL OF PREVIOUS
NOTICE OF SALE DOCKET NUMBERS 81 AND 84**

      Notice is hereby given by the Trustee pursuant to 11 U.S.C. 363(b) on the intended sale of all right, title and interest of the debtors in and to the following described personal property:

**The debtor's entitlement to a stream of payments from State Farm Insurance Co., Inc that the debtor Charles Haynie owned as of the date of the filing of the bankruptcy and the right to continue to receive such payments from State Farm Insurance, Co. Inc. , during the life of the debtor, Charles Haynie.  The approximate amount received from State Farm Insurance Co. Inc, each month is $992.00.  This amount has been rec'd by the estate since the beginning of the case.**

      1.  The sale of the above property will be by private sale to STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, FOR THE SUM OF $106,700.00 to be paid to the bankruptcy estate,

      2.  If there are no objections to the above sale by the 26th day of June 2015, the Trustee will seek approval of the sale to STATE FARM MUTUAL AUTOMOBILE  INSURANCE COMPANY, and will assign the estate's rights in the property to STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.  If there is an objection to the sale, the Court will conduct a hearing on the 8th day of July 2015 at 1:30 PM at the US Bankruptcy Court, 444 SE Quincy, Topeka, KS 66683.  No further notice of the hearing will be given.

      3. The estate will no longer have any interest in the stream of payments for any payments that may be due after the date of the order from the Court approving the sale of the property and payment of the purchase price by the STATE FARM MUTUAL AUTOMOBILE  INSURANCE COMPANY.

      4. The above mentioned personal property has not been claimed as exempt by the debtor or any other person entitled to assert the debtor's exemptions.

      3.The proceeds from the sale will be distributed according to the following priorities in below listed order:

              A.      Costs of sale
                    Trustee fees pursuant to 11 U.S.C. 326 $ statutory
                    Trustee expenses
                    Postage (80 x$.49 a creditor)            39.20
                        (Includes costs of previous notice)
                    Trustee's attorney fees              $500.00 (est)
                    Court Certification Fees             $statutory

    B. Remaining proceeds from the sale will be distributed to unsecured claims, as determined by the Court at a later date.

 4. The previous NOTICE OF SALE and MOTION, (docket numbers 81 and 84) filed in this matter are withdrawn.

 Dated: June 5, 2015.     __s/ Joseph I. Wittman_____
            Joseph I. Wittman, Trustee #10280
            112 SW 6th Street - Suite 508
            Topeka, Kansas 66603-3810
            (785) 234-3663
            Fax 785-234-3672
            wittmanlawoffice@wittman.kscoxmail.com

<b><u>CERTIFICATE OF SERVICE</u></b>

 I, the undersigned is to certify that on this **5th day of June, 2015,** a copy of the foregoing Motion/Application together with a copy of the Notice, was served through the Notice of Electronic Filing for parties and counsel who are filing users or mailed to each of the following persons by first class postage prepaid U.S. Mail: See matrix as attached to the original of this motion e-filed with the Bankruptcy Court.

            _____s/Joseph I. Wittman_____
            Joseph I. Wittman

```
Label Matrix for local noticing          Internal Revenue Service              (p)INTERNAL REVENUE SERVICE
1083-5                                   444 SE Quincy                         CENTRALIZED INSOLVENCY OPERATIONS
Case 02-42459                            Federal Building Suite 290            PO BOX 7346
District of Kansas                       Topeka, KS 66683-0002                 PHILADELPHIA PA 19101-7346
Topeka
Fri Mar 20 14:11:53 CDT 2015

U.S. Trustee                             Topeka Divisional Office              ASG Group LLC
1150 Epic Center                         240 US Courthouse                     Box 628
301 N Main                               444 SE Quincy                         Buffalo NY 14240-0628
Wichita, KS 67202-4811                   Topeka, KS 66683-3592


Arnold Gfeller Estate                    Attention LLC                         Bank of America
Neil Detrich Executor                    Box 210000                            Box 6008
Box 589                                  Stockton CA 95269                     Los Angeles CA 90060
Chapman KS 67431-0589


Capital One Bank                         Capital One FSB                       Capital One Payment Processing
PO Box 85167                             Box 34631                             32275 32nd Avenue South
Richmond VA 23285-5167                   Seattle WA 98124                      Federal Way WA 98001-9616


Capital One Services                     Central National Bank                 Central National Bank
PO Box 60000                             802 North Washington                  Attn Loren Barten
Seattle WA 98190-6000                    Junction City KS 66441-2447           200 S Douglas Ave
                                                                               Durham KS  67438


Connell Plumbing and Heating             Credit Card Services                  Credit Protection
237 W Spruce                             Box 60102                             Box 7016
Junction City KS 66441-3799              City Of Industry CA 91716-0102        San Francisco CA 94120


Federal Home Loan Mortgage Co            Household                             Kansas Department of Revenue
8200 Jones Branch Dr                     Box 98715                             PO Box 12005
Mc Lean VA 22102-3107                    Las Vegas NV 89193-8715               Topeka KS 66601-3005


Kramer and Frank pc                      Midland Credit Management Inc         Midland Credit Management Inc
9666 Olive Blvd Ste 450                  5775 Roscoe Court                     Box 939019
Saint Louis MO 63132-3013                San Diego CA 92123-1356               San Diego CA 92193-9019


NAFS                                     NCO Financial Systems Inc             Orchard Bank
Attn Payment Remittance                  Box 2617                              Bankcard Services
Box 85147                                Guasti CA 91743-2617                  Box 60102
Richmond VA 23276-0001                                                         City Of Industry CA 91716-0102


Primary Financial Services               Providian                             Providian Gold Premier
3115 North 3rd Avenue ste 112            Box 60005                             Box 60005
Phoenix AZ 85013-4387                    Los Angeles CA 90060-0005             Los Angeles CA 90060-0005
```

| | | |
|---|---|---|
| Southwest Student Services Co<br>Box 41150<br>Mesa AZ 85274-1150 | State Farm Credit Union<br>2000 I 70 Drive SW<br>Columbia MO 65217-0001 | State of Kansas<br>Department of Revenue<br>Income Tax Division<br>Topeka KS 66612 |
| Sun Tech Inc<br>ATTN Sun Trust Bank<br>PO Box 6004<br>Ridgeland MS 39158-6004 | Teri L Anderson<br>Clinton Woerth<br>1101 Walnut Ste 1202<br>Kansas City MO 64106-4206 | Texaco<br>PO Box 790001<br>Houston TX 77279-0001 |
| Viking Collection Services Inc<br>Box 59207<br>Ref 4791241599244881 JEO1W6<br>Minneapolis MN 55459-0207 | Brenda J. Bell<br>103 S 4th Street<br>Suite 215<br>Manhattan, KS 66502-6165 | Charles D Haynie<br>1236 N Westlink Ave<br>Wichita, KS 67212-4237 |
| Joseph I Wittman<br>112 SW 6th, Suite 508<br>Topeka, KS 66603-3844 | Linda J Haynie<br>1236 N Westlink Ave<br>Wichita, KS 67212-4237 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>271 W 3rd St N Ste 3000<br>Stop 5333 WIC<br>Wichita, KS 67202 | (d)Internal Revenue Service<br>271 W 3rd Street N Suite 3000<br>STOP 5333 WIC<br>Wichita KS 67202-1212 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Central National Bank | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     1<br>Total                  41 |