IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: Charles Haynie
Linda Haynie
Debtors

CASE NO. 02-42459-7

**REPORT OF OUTSTANDING CHECK**

COMES NOW, Joseph I. Wittman, Trustee of the above-referenced bankruptcy, and reports that the following listed checks have been issued and mailed, but were either undeliverable and returned, or more than ninety (90) days has lapsed and said checks were not presented to the depository:

Check No. 20188 for $487.05 on claim 10 to Midland Credit Management Inc; Check 20181 on claim 1 to Southwest Student Services Co for $3,175.59 and check 20182 to Sun Tech Inc for $4,627.54. Checks were returned and have been voided. Therefore these funds are being paid into the registry.

Accompanying this Report is Check No. 20190 made payable to the Clerk of the United States Bankruptcy Court for deposit into the Treasury as unclaimed funds.

s/ Joe Wittman
Joseph I. Wittman, #10280
112 SW 6th Street - Suite 508
Topeka, KS 66603-3810
(785) 234-3663

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this **28th day of February, 2017**, a true and correct copy of the above and foregoing Report of Outstanding Check was deposited in the U.S. mail, postage prepaid, to the following: U.S. Trustee's Office, 301 N. Main Street - 500 Epic Center, Wichita, Kansas 67202

s/ Joe Wittman
Joseph I. Wittman, #10280

March 1, 2017
FORM 810